# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

April 12, 2016

**FILED VIA ECF**
Hon. Vera M. Scanlon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:    **United States v. Luis Gonzalez**
                        **DocketNo. 16 M 174**

Dear Judge Scanlon:

      On behalf of the defendant, and with the Government's consent we write requesting that the Court modify Mr. Gonzalez' bail conditions, permitting him out of his home for Church Services, Sundays between the hours of 9 A.M. and 2 P.M. The Church he would, with the Court's permission be attending, is The Christ Tabernacle Church, located at 64-34 Myrtle Avenue, Glendale, N.Y. 11385.

      Mr. Gonzalez is presently home detained and subject to electronic monitoring. His present bond conditions include a fully secured $500,000.00 bond, and require that he remain at home, unless he is at approved employment, medical needs, a counsel visit or in court.

      We make this request because it had been discussed at arraignment, but inadvertently neglected from being added to the initial bail conditions.

      Accordingly, we would most respectfully request that the Court grant the bail modification as detailed above.

      Your consideration is greatly appreciated.

                                                             Respectfully,

                                                             Barry S. Zone

cc.:    AUSA Nadia Moore
       Jeannine Quijije, Pre-Trial Service Officer

*[Handwritten: Granted, S/Vera M Scanlon 4/14/16]*